UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

FEB 25 2025

LAURA A. AUSTIN, CLERK
BY: R. Bondurn
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case No. 1:25cr4 |
| | : |
| **BLAKLEE BUCHANAN** | : Violations: |
| | : 18 U.S.C. § 1623(a) |
| | 18 U.S.C. § 1503 |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

1. On or about June 13, 2023, in the Western District of Virginia, BLAKLEE BUCHANAN, while under oath in a proceeding before a court of the United States, knowingly made a false material declaration.

2. On or about June 13, 2023, in the Western District of Virginia, BLAKLEE BUCHANAN, while under oath as a witness in a supervised release revocation hearing then being tried before the United States District Court for the Western District of Virginia entitled United States of America v. Bradford Loudy, Criminal Action Number 1:15cr5, knowingly made a false material declaration, that is, she gave the following false testimony (underlined below):

> Q. And remembering that you are under oath, did Mr. Loudy physically assault you on that day?
>
> BLAKLEE BUCHANAN: <u>He never touched me</u>. He literally grabbed my jacket to pull me out of the road probably three times because we were arguing, and I was walking in the middle of the road. So he took my – I had a jacket on because it was a little chilly, and he literally just grabbed me out of the road so a car wouldn't hit me or so I wouldn't be walking in the middle of the road.
>
> Q. Did he hit you with a sandal?

USAO No. 2023R00328

BLAKLEE BUCHANAN:   No.

Q.   Did he bash your head against a retaining wall multiple times?

BLAKLEE BUCHANAN:   No.

Q.   Did he push you down and kick you and hit you?

BLAKLEE BUCHANAN:   No.

…

Q:   And you're saying that these ladies just made up this story about your boyfriend beating you.

BLAKLEE BUCHANAN:   Yes. I have no clue who they are. He doesn't beat me. He did not beat me. He did not hit me.

…

Q.   And on March 23rd he also assaulted you on that day as well?

BLAKLEE BUCHANAN:   No, he did not assault me on May or March 23rd.

Q.   On March 23rd, did Mr. Loudy physically touch you on that day?

BLAKLEE BUCHANAN:   No.

Q.   Earlier you described that he –

BLAKLEE BUCHANAN:   On the day where he got arrested, right?

Q.   Right.

BLAKLEE BUCHANAN:   No, he did not physically touch me that day. He grabbed my jacked at the top of my shoulders and pulled me out of the road I would say two or three times. I was walking in the middle of the road. We were arguing, and he's on the sidewalk, and I'm in the middle of the road yelling at him, you know, what I shouldn't be doing.

Q.   Was that the only time he touched you that day?

BLAKLEE BUCHANAN:   Yes, ma'am. He got arrested after that.

3.   The false statements were material to the issue of whether Bradford Loudy had violated a condition of his supervised release by committing an assault and battery of his girlfriend, BLAKLEE BUCHANAN, on or about March 23, 2023.

USAO No. 2023R00328

4. The testimony of BLAKLEE BUCHANAN was false, as she then and there knew, because Bradford Loudy, in fact, had physically assaulted her on or about March 23, 2023.

5. All in violation of Title 18, United States Code, Section 1623.

A TRUE BILL, this 25th day of February, 2025.

_____
Grand Jury Foreperson

*/s/ Danielle Stone*
ZACHARY T. LEE
Acting United States Attorney

USAO No. 2023R00328